AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| RICARDO ORTIZ ) | |
| *Defendant/Movant* ) | |
| v. ) | Case No. M-18-CV-62 |
| UNITED STATES OF AMERICA ) | M-12-CR-191-12 |
| *Plaintiff/Respondent* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA, Respondent.

Date: 7/3/2019

/s/ James L. Turner
*Attorney's signature*

James L. Turner; TX Bar No. 20316950
*Printed name and bar number*

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX  77002
*Address*

jim.turner@usdoj.gov
*E-mail address*

(713) 567-9102
*Telephone number*

(713) 718-3302
*FAX number*

### Certificate of Service

I certify that a true and correct copy of above Notice of Appearance of Counsel was electronically filed with the United States District Clerk for the Southern District of Texas on July 3, 2019, and served upon the Defendant/Movant by United States Mail, addressed to:

Ricardo Ortiz
Reg. No. 09007-379
FCI Beaumont Low
P. O. Box 26020
Beaumont, TX  77720

/s/ *James L. Turner*
James L. Turner
Assistant U.S. Attorney